No. 82–5949. SIMS *v.* MARYLAND, 459 U. S. 1217;

No. 82–5955. BARKER *v.* MARINE TRANSPORTATION LINES, INC., ET AL., 459 U. S. 1217;

No. 82–5990. JOHL *v.* JOHL ET AL., 459 U. S. 1219;

No. 82–5994. MORRIS *v.* UNITED STATES, 459 U. S. 1219;

No. 82–6015. NURSE *v.* DEPARTMENT OF THE AIR FORCE, 459 U. S. 1220;

No. 82–6032. MILLER *v.* CALIFORNIA, *ante,* p. 1015; and

No. 82–6182. IN RE PATTERSON, *ante,* p. 1010. Petitions for rehearing denied.

No. 81–827. JEFFERSON COUNTY PHARMACEUTICAL ASSN., INC. *v.* ABBOTT LABORATORIES ET AL., *ante,* p. 150. Petition for rehearing denied. JUSTICE O'CONNOR took no part in the consideration or decision of this petition.

No. 82–5148. WILLIAMS *v.* UNITED STATES, 459 U. S. 916;

No. 82–5395. LANGONE *v.* SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY, 459 U. S. 1110; and

No. 82–5853. FITZGERALD *v.* VIRGINIA, 459 U. S. 1228. Motions for leave to file petitions for rehearing denied.